## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING, LLC | : | No. 489 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| SEAN KEEFE AND KIM LEE | : | |
| | : | |
| | : | |
| PETITION OF: KIM LEE | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.